### PEOPLE v. SCHAEFFER et al.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Proceeding against Charles Schaeffer and another on a forfeited recognizance.
Delancy Nicoll, for the People.
John Stearn, for defendants.
No opinion.  Motion to vacate judgment, entered on a forfeited recognizance, granted.

### ROOME, Respondent, v. JENNINGS, Appellant.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Action by William P. Roome against Frederick C. Jennings.
Putney & Bishop, for appellant.
Ferdinand A. Thomson, for respondent:
No opinion.  Motion for reargument denied, with $10 costs.  See 21 N. Y. Supp. 938.

### SPERRY v. HELLMAN.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Action by Howard A. Sperry against Theodore H. Hellman.
H. A. Sperry, for plaintiff.
Seligman & Seligman, for defendant.
No opinion.  Motion for reargument or leave to appeal to the court of appeals denied, with $10 costs.  See 21 N. Y. Supp. 1014.

### SQUIRE v. SENIA et al.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Action by Newton Squire against Benjamin Senia and others.
Mr. Seaman, for plaintiff.
Kenneson, Crain & Alling, for defendants.
No opinion.  Motion for leave to go to court of appeals granted.  See 21 N. Y. Supp. 1027.

### STATE BANK OF ROCK VALLEY, Respondent, v. ANDREWS, Appellant.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Action by the State Bank of Rock Valley against Wallace C. Andrews.
J. W. Hawes, for appellant.
M. P. Stafford, for respondent.
No opinion.  Motion for leave to appeal to court of appeals denied, with $10 costs.  See 21 N. Y. Supp. 948.

### ZIVI, Respondent, v. EINSTEIN, Appellant.

(Common Pleas of New York City and County, General Term.  March 8, 1893.)

Action by Bernard Zivi against Elias Einstein.
Townsend, Dyett & Einstein, for appellant.
James Murphey, for respondent.
No opinion.  Motion for reargument denied, with $10 costs.  See 21 N. Y. Supp. 583.

### BRADLEY & CURRIER CO., Limited, Appellant, v. LALLY, Respondent.

(Common Pleas of New York City and County, General Term.  March 17, 1893.)

Appeal from city court, general term.
Action by the Bradley & Currier Company against James J. Lally.